IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

      Plaintiff/Respondent,

v.     No.   CV 15-1184 JP/LAM
                CR 12-1072 JP

**LUIS GERARDO BENITEZ,**

      Defendant/Movant.

## ORDER TO FILE A STATUS REPORT

**THIS MATTER** is before the Court, *sua sponte*. On March 31, 2016, the Court granted Defendant/Movant's unopposed motion to stay this case pending the United States Supreme Court's decision in *Welch v. United States*, 136 S.Ct. 1257. *See* [*Docs. 9* and *11*]. On April 18, 2016, the Supreme Court issued a decision in that case. The Court, therefore, will order the parties to notify the Court regarding the status of this case.

**IT IS THEREFORE ORDERED** that, ***on or before June 2, 2016***, the parties shall file a notification with the Court stating whether Defendant/Movant's § 2255 Motion [*Doc. 1*] is now ready for ruling or if the parties wish to file amended briefs in light of the Supreme Court's decision.

      **IT IS SO ORDERED.**

                                                /s/ Lourdes A. Martínez
                                                **LOURDES A. MARTÍNEZ**
                                                **UNITED STATES MAGISTRATE JUDGE**