IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    **Plaintiff/Respondent,**

v.                                 No.    CV 15-1184 JP/LAM
                                                                CR 12-1072 JP

**LUIS GERARDO BENITEZ,**

    **Defendant/Movant.**

## ORDER SETTING DEADLINES

    **THIS MATTER** is before the Court on the parties' responses to the Court's *Order to File a Status Report (Doc. 12)*. Plaintiff has requested until June 16, 2016 to file additional briefing (*see Doc. 13*) and Defendant states that additional briefing is not necessary (*see Doc. 14*). In the interests of justice, the Court will allow Plaintiff to file a supplemental brief to address the United States Supreme Court's decision in *Welch v. United States*, 136 S.Ct. 1257 (2016) and its application to this case.

    **IT IS THEREFORE ORDERED** that Plaintiff's supplemental brief is due *on or before June 16, 2016*. Defendant may file a response to Plaintiff's supplemental brief *on or before July 5, 2016*, and, if Defendant files a response to Plaintiff's supplemental brief, Plaintiff may file a reply *on or before July 22, 2016*.

    **IT IS SO ORDERED.**

                                                              */s/ Lourdes A. Martínez*
                                                              **LOURDES A. MARTÍNEZ**
                                                              **UNITED STATES MAGISTRATE JUDGE**